

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2019

No. 04-18-00805-CV

**IN THE INTEREST OF E.M.T., ET AL CHILDREN**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00191
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

The appellee's motion for extension of time to file brief is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court